# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO AVILA and ROSARIO REYES as )
Co-Administrators of the Estate of Manuel Avila, )
                                                           )
                           Plaintiffs, )               Case No.  2:09-cv-00682-RCJ-GWF
                                                           )
vs. )               **ORDER**
                                                           )
CENTURY NATIONAL INSURANCE )
COMPANY, )
                                                           )
                         Defendant. )
_____)

       This matter is before the Court on Plaintiff's Motion to Lift Stay of Discovery and Set a Trial Date (#86), filed on October 22, 2012 and Defendant's Opposition to Plaintiff's Motion to Lift Stay and Set a Trial Date (#88), filed on November 1, 2012.  The Court having reviewed the briefs in this matter and good cause appearing therefor;

       **IT IS HEREBY ORDERED** that Motion to Lift Stay of Discovery and Set a Trial Date (#86) is **granted**, in part as follows:

       1.     The previously imposed stay of discovery in this matter is hereby lifted.

       2.     The parties are directed to meet and confer regarding a proposed discovery plan and scheduling order to complete discovery in this matter in light of the Memorandum Decision by the Court of Appeals for the Ninth Circuit. *See Docket Entry No. 80.*  If the parties are able to agree on a proposed stipulated discovery and scheduling order, they are to file it with the Court on or before **November 9, 2012**.

. . .

. . .

1    3.    A Discovery Status Conference will be conducted in this case before the
2 undersigned Magistrate Judge on **Tuesday, November 13, 2012 at 9:30 A.M. in Courtroom 3A**.
3 This hearing will be vacated if, prior to the hearing, the parties submit and the Court approves a
4 stipulated discovery plan and scheduling order.
5    DATED this 2nd day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge