# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO AVILA and ROSARIO REYES as )
Co-Administrators of the Estate of Manuel Avila, )
                )
      Plaintiffs,       )  Case No.  2:09-cv-00682-RCJ-GWF
                )
vs.               )  **ORDER**
                )
CENTURY NATIONAL INSURANCE )
COMPANY, )
                )
      Defendant.       )
_____)

    This matter is before the Court on Plaintiff's Motion to Lift Stay of Discovery and Set a Trial Date (#86), filed on October 22, 2012 and Defendant's Opposition to Plaintiff's Motion to Lift Stay and Set a Trial Date (#88), filed on November 1, 2012.  The Court having reviewed the briefs in this matter and good cause appearing therefor;

    **IT IS HEREBY ORDERED** that Motion to Lift Stay of Discovery and Set a Trial Date (#86) is **granted**, in part as follows:

    1.  The previously imposed stay of discovery in this matter is hereby lifted.

    2.  The parties are directed to meet and confer regarding a proposed discovery plan and scheduling order to complete discovery in this matter in light of the Memorandum Decision by the Court of Appeals for the Ninth Circuit.  *See Docket Entry No. 80.*  If the parties are able to agree on a proposed stipulated discovery and scheduling order, they are to file it with the Court on or before **November 9, 2012**.

. . .

. . .

3.  A Discovery Status Conference will be conducted in this case before the undersigned Magistrate Judge on **Tuesday, November 13, 2012 at 9:30 A.M. in Courtroom 3A**. This hearing will be vacated if, prior to the hearing, the parties submit and the Court approves a stipulated discovery plan and scheduling order.

DATED this 2nd day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge