NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117
Telephone: 702-384-7000
Facsimile:  702-385-7000
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| Fernando Avila and Rosario Reyes as Co-Administrators of the ESTATE OF MANUEL AVILA,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY NATIONAL INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendant. | Case No.: 2:09-cv-682-RCJ-SRK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, FERNANDO AVILA and ROSARIO REYES as Co-Administrators of THE ESTATE OF MANUEL AVILA, by and through their counsel of record, Matthew Vannah, Esq. and the law firm of Vannah & Vannah, and Defendant, CENTURY NATIONAL INSURANCE COMPANY, by and through their counsel of record, Nathan Reinmiller, Esq. and the law firm of Alverson, Taylor, Mortensen & Sanders, and hereby stipulate and agree as follows:

1

NRR-18066

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice as to all claims, each party to bear their own attorneys' fees and costs related to the same.

Dated this 11 day of July, 2013.

VANNAH & VANNAH

_____
MATTHEW VANNAH, ESQ.
Nevada Bar No.: 006685
400 So. 4th Street, 6th Floor
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Dated this 11th day of July, 2013.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorney for Defendant*

### ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice as to all claims, each party to bear their own attorneys' fees and costs related to the same.

Dated this 8th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

N:\nathan.grp\Z-client\18066\pleadings\18066sao-dismissal.docx

NRR-18066