1  NATHAN R. REINMILLER, ESQ.
   Nevada Bar No.: 006793
2  SABRINA G. MANSANAS, ESQ.
   Nevada Bar No.: 010669
3  ALVERSON, TAYLOR,
4  MORTENSEN & SANDERS
   7401 W. Charleston Blvd.
5  Las Vegas, Nevada 89117
   Telephone:  702-384-7000
6  Facsimile:  702-385-7000
7  *Attorney for Defendant*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10                        *****

11

12  Fernando Avila and Rosario Reyes as Co-    | Case No.: 2:09-cv-682-RCJ-SRK
    Administrators of the ESTATE OF
13  MANUEL AVILA,

14               Plaintiff,

15  vs.

16  CENTURY NATIONAL INSURANCE
17  COMPANY, and DOES I through X,
    inclusive,

18               Defendant.

19

20

21      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

22      COME NOW, Plaintiffs, FERNANDO AVILA and ROSARIO REYES as Co-

23  Administrators of THE ESTATE OF MANUEL AVILA, by and through their counsel of

24  record, Matthew Vannah, Esq. and the law firm of Vannah & Vannah, and Defendant,

25  CENTURY NATIONAL INSURANCE COMPANY, by and through their counsel of record,

26  Nathan Reinmiller, Esq. and the law firm of Alverson, Taylor, Mortensen & Sanders, and

27  hereby stipulate and agree as follows:

28

                                        1

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-18066

1    IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with

2  prejudice as to all claims, each party to bear their own attorneys' fees and costs related to the

3  same.

4  Dated this _11_ day of July, 2013.                  Dated this _11th_ day of July, 2013.

5
   VANNAH & VANNAH                                     ALVERSON, TAYLOR, MORTENSEN
6                                                      & SANDERS

7

8  _____                    _____
   MATTHEW VANNAH, ESQ.                                NATHAN R. REINMILLER, ESQ.
9  Nevada Bar No.: 006685                              Nevada Bar No.: 006793
   400 So. 4th Street, 6th Floor                       SABRINA G. MANSANAS, ESQ.
10 Las Vegas, NV 89101                                 Nevada Bar No.: 010669
   *Attorney for Plaintiffs*                           7401 W. Charleston Boulevard
11                                                     Las Vegas, NV 89117
12                                                     *Attorney for Defendant*

13                                   **ORDER**

14      IT IS HEREBY ORDERED that this matter be dismissed with prejudice as to all claims,

15 each party to bear their own attorneys' fees and costs related to the same.

16      Dated this 8th day of August, 2013.

17

18

19

20                                   UNITED STATES DISTRICT JUDGE

21

22 N:\nathan.grp\Z-client\18066\pleadings\18066sao-dismissal.docx

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

2

NRR-18066